_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 3, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                              CHAPTER 13

SHERRY ROSE SCARBOROUGH                         CASE NO. 23-51565-KMS

**AMENDED ORDER DIRECTING DEBTOR PLAN PAYMENTS**

IT APPEARING TO THE COURT that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**SHERRY ROSE SCARBOROUGH
88 SWEET BAY LN
LUMBERTON, MS  39455**

is directed to pay by TFS, money order or cashier's check the sum of ***__$2,936.00__ PER MONTH, BEGINNING IMMEDIATELY__.**  Please send payments to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE
P.O. BOX 3749
GULFPORT, MS 39505-3749
(228) 831-9531**

*Please notate your name and case number on the payment to the Trustee.*

##END OF ORDER##

---

**1. Plan payment increased based upon an internal audit of your case and the Notice of Mortgage Payment Change dkt. 42.  If you have any questions, please contact your attorney.**