# Proceeding Minutes / Proceeding Memo

**Case #:** 23-51565  **Case Name:** Sherry Rose Scarborough

**Set:** 02/12/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 12/23/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 01/13/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #45)

Response filed by the Debtor (Dkt. #46)

---

Minute Entry Re: (related document(s): [45] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 02/26/2026. Email received from Cuntz's office. (mcc)